# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MULTIBANK 2009-1 CML-ADC VENTURE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JAIMEE YOSHIZAWA, *et al.*,<br><br>        Defendants. | Case No. 2:10-cv-00695-LDG (LRL)<br><br>**ORDER** |

A review of the docket and record indicates that Defendants' Motion for a Preliminary Injunction has been rendered moot. Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendants' Motion for Preliminary Injunction (#16) is DENIED as moot.

DATED this 23 day of March, 2011.

_____
Lloyd D. George
United States District Judge