Cam Ferenbach, NV Bar No. 96
cferenbach@lionelsawyer.com
Kirby J. Smith, NV Bar No. 414
ksmith@lionelsawyer.com
Timothy R. Mulliner, NV Bar No. 10692
tmulliner@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
(702) 383-8888 (Telephone)
(702) 383-8845 (Fax)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MULTIBANK 2009-1 CML-ADC VENTURE, LLC, a Delaware limited liability company,

Plaintiff,

v.

JAIMEE YOSHIZAWA, an individual; ZOHAR RAPAPORT, an individual; TAL DAGAN, an individual; OMRI MERON, an individual; THE VILLAGE AT RUSSELL-PHASE 1, LLC, a Nevada limited liability company; CAHUENGA PROPERTY, LLC, a Nevada limited liability company; and RUSSELL & I215 DEVELOPMENT NO. 1, LLC, a Nevada limited liability company,

Defendants.

Case No.: 02-10-cv-695

**EXPARTE MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Pursuant to Local Rules 6-2 and 7 -5, plaintiff, by and through its attorneys, move this Court *ex parte* for an Order extending the time for filing the reply brief regarding Plaintiff's Motion to Permit Filing of Second Amended and Supplemental Complaint/Application for Deficiency Judgment (the "Motion" – docket 26). Plaintiff requests the Court issue an Order extending the reply brief deadline until April 4, 2011. No prior requests for an extension of this

deadline have been made.

Plaintiff's counsel's requested a stipulation from defendant's counsel to extend the due date for the reply. This request was refused on Wednesday, March 16, 2011. Specifically, Plaintiff's counsel Kirby J. Smith called for defendant's counsel Raymond C. Dion, and in his absence was connected with his secretary. Mr. Smith left the message that he wished to request an extension from Mr. Dion. Attorney Chris Dion returned the call on Wednesday, informed Mr. Smith that he represented the defendants, and that he was 100% sure the defendants would not agree to an extension of time.

The bases for Plaintiff's request are as follows. First, plaintiff's counsel which has managed this matter from the outset and is knowledgeable about the facts and issues raised in the Opposition to the Motion (Docket 31) is Tim Mulliner. Mr. Mulliner is presently in trial in the Eighth Judicial District Court of Nevada on Bank of Nevada adv. Beta Vista Case No. A584349; this trial is supposed to last through tomorrow. The Opposition overtly criticizes Mr. Mulliner's handling of the matter, ascribing mistakes and intentional conduct which, in fairness, Mr. Mulliner should have an opportunity to address in the reply.

Second, this Motion and action arise out of a unique factual situation which, in fairness, requires additional time to properly address in a reply. By way of background, and as more completely stated in the Motion and Opposition, this action arises out of a loan which led to the default of the defendant borrower and the refusal of defendant guarantors to honor their guarantees. Unique to this case, the loan was made for the purpose of constructing and permanently financing two commercial buildings on two parcels of land but, due to a mutual mistake, the deed intended to transfer ownership of both of the lots to the borrower omitted the legal description of one of the lots. Without knowledge of the mutual mistake, the lender continued to honor its obligations under the loan and finance buildings on both lots. Plaintiff's

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

current complaint, initially filed May 13, 2010, seeks reformation of the deed to recognize the second lot as additional security. Although 9 months have passed, that issue is not close to being resolved. Defendant's filed a partial motion to dismiss on July 20, 2010. That motion has been fully briefed since August 16, 2010 and remains pending before this Court. No hearing has been scheduled. On August 23, 2010, the trustee's sale was held on the one lot which unquestionably was security for the loan. As a result of the sale, the lender had a deficiency action claim against the borrower and guarantors. The Motion seeks, in part, to add this subsequently matured deficiency action claim. Defendants argue in the Opposition, without any apparent sense of irony, that the Motion is either premature or too late. Other additional arguments are made. Defendants' Opposition alone is 17 pages and contains 27 case and statute citations. Plaintiff requires additional time to properly address the plethora of issues and citations raised in the Opposition.

//

//

//

//

//

//

//

//

//

//

//

//

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

Defendant requests an Order extending the time to file the Reply Brief regarding the Motion until April 4, 2011.

Dated this 17 day of March, 2011.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: 24 MAR 2011

Respectfully submitted by:

LIONEL SAWYER & COLLINS

Cam Ferenbach, NV Bar. No. 96
Kirby J. Smith, NV Bar No. 414
Timothy R. Mulliner, NV Bar No. 10692
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*