1
2
3
4
5
6
7               **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9

10  MULTIBANK 2009-1 CML-ADC
    VENTURE, LLC,
11                                          Case No. 2:10-cv-00695-LDG (LRL)
            Plaintiff,
12                                          **ORDER**
    v.
13
    JAIMEE YOSHIZAWA, *et al.*,
14
            Defendants.
15

16

17          For good cause shown,

18          THE COURT **ORDERS** that Defendants' Ex Parte Motion (#42) is DENIED as moot.

19

20  DATED this ____ day of August, 2011.

21                                          _____

22                                          Lloyd D. George
                                            United States District Judge
23

24

25

26